390 A.2d 298

Commonwealth v. Stewart, Appellant.

Argued March 21, 1978. David N. Rosen, for appellant; D. Loeb, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.